IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        Case No. 2:12-CR-20010-001

ROGER BATES                                                                                 DEFENDANT

and

REGIONS BANK                                                                                GARNISHEE

## **O R D E R**

On August 13, 2012, Defendant Roger Bates pleaded guilty to two counts of sexual exploitation of a minor.  The criminal judgment ordered him to pay a $200 special assessment and restitution in the amount of $4,000.  On March 20, 2013, the Government petitioned for a Writ of Garnishment against property of Defendant Roger Bates in the possession or custody of Garnishee, Regions Bank, as a balance of $4,200 remained outstanding as of that date.  A Writ of Continuing Garnishment (Doc. 34) issued from this Court on March 21, 2013.  According to Regions Bank's Answer (Doc. 36), Regions Bank is holding $1,095.46 believed to be nonexempt from garnishment in a demand account belonging to Defendant.  No objections to Regions Bank's Answer have been filed, and there are no unresolved exemption claims.[1]  Pursuant to 18 U.S.C. § 3205(c)(7), Regions Bank is entitled to a disposition order.  The Writ of Garnishment (Doc. 34) will be terminated by the exhaustion of property in the possession, custody, or control of Regions Bank in which Defendant has a substantial nonexempt interest.  *See* 28 U.S.C. § 3205(c)(10)(B).

---

[1] The Court did receive two letters from Defendant referring to this case; however, no intelligible response to the Answer could be discerned.

-1-

Accordingly, IT IS HEREBY ORDERED that the $1,095.46 belonging to Defendant Roger Bates and held by Regions Bank is to be turned over to the United States District Court Clerk for the Western District of Arkansas for application toward partial satisfaction of Defendant's judgment debt. The payment should include the Defendant's name and the case number, 2:12-CR-20010-001, as reference. The Clerk is to distribute the funds in accordance with this Court's previous criminal judgment (Doc. 28) filed on December 20, 2012.

IT IS SO ORDERED this 23rd day of April, 2013.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE