IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMTIH DIVISION

UNITED STATES OF AMERCIA                                  RESPONDENT

v.                       No. 2:12-cr-20010-001
                         No. 2:13-cv-02262

ROGER BATES                                                   MOVANT

## PROPOSED MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 44) filed herein by **ROGER BATES**, (hereinafter referred to as "Bates") an inmate confined in the Federal Bureau of Prisons. The United States of America (hereinafter referred to as the "Government") has responded to the Motion. ECF No. 49. The Motion was referred to the undersigned for findings of fact, conclusions of law and recommendations for the disposition of the case.

**1. Procedural Background:**

Bates was named in eight-count Superseding Indictment returned by the Grand Jury for the Western District of Arkansas on July, 11, 2012. ECF No. 13. Counts One (1) through Six (6) charged Bates with Production of Child Pornography in violation of 18 United States Code Section 2251 and Counts Seven (7) and Eight (8) both charged Possession of Child Pornography in violation of 18 United States Code, Section 2252A(a)(5)(B). Bates entered not guilty pleas to all counts. On August 13, 2012, Bates appeared with counsel, Ernest Witt, for a jury trial on all charges before the Honorable P.K. Holmes III. On the morning the trial was to commence, a written Plea Agreement was presented wherein Bates would plead guilty to Counts One (1) and

Five (5) of the Superseding Indictment. ECF No. 21. The remaining counts would be dismissed at sentencing. No agreement was made as to what Bates sentence would be. Judge Holmes accepted the Plea Agreement and Bates pled guilty to Count One (1) and Five (5) of the Indictment.

Following preparation of a Presentence Report, Bates appeared and was sentenced to a total term of 720 months imprisonment, a life term of supervised release, $200.00 special assessment fee, and $4000 dollar victim restitution. ECF No. 28. Bates was advised by Judge Holmes he had a right to appeal the sentence and that he must pursue any such appeal within fourteen (14) days.

## 2. Instant Petition:

Bates filed a timely Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 on December 14, 2013. ECF No. 44. Bates raises the following grounds in his motion:

1. Bates' counsel was ineffective in failing to file a notice of appeal after being directed by Bates to do so.

## 3. Discussion:

The Court has at this point scheduled an evidentiary hearing in this matter for September 30, 2014. Additionally, the Court has appointed Counsel for Bates, namely James Pierce of the Office of the Federal Defenders in the Western District of Arkansas. Prior to the scheduled hearing date in the matter, this Court was notified that the parties had reached a resolution of the issues pending in Bates' motion. As to the sole issue, the Government agreed not to contest Bates' contentions regarding his directive to his trial counsel to appeal the sentence imposed. Bates and his counsel acknowledge that provided the Government's concession, that an order should be entered re-sentencing Bates for purposes of allowing him to pursue an appeal.

## 4. Conclusion:

Accordingly, based on the foregoing, it is recommended the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (ECF No. 44) be **GRANTED** for the purpose of re-sentencing. The Court recommends Bates be re-sentenced and given an additional fourteen (14) days to file his notice of appeal of any sentence imposed at the re-sentencing.

**The parties waived any objection to the Recommendation in this Order.**

DATED this 22 day of August 2014.

/s/ *James R Marschewski*
HON. JAMES R MARSCHEWSKI
U.S. MAGISTRATE JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 2 2014

CHRIS R. JOHNSON, Clerk
By
　　　Deputy Clerk