IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF/RESPONDENT

v.                         Case Nos. 2:12-CR-20010; 2:13-CV-02262

ROGER BATES                                                                      DEFENDANT/PETITIONER

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 58) from Chief United States Magistrate Judge James R. Marschewski. The Magistrate's report indicates that the parties waived objections and, in any event, the time period for filing objections has passed without objections having been filed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS THEREFORE ORDERED that Petitioner Roger Bates's motion to vacate (Doc. 44) is GRANTED.

The Judgment (Doc. 28) entered as to Mr. Bates on December 20, 2012, is VACATED. The Court REAFFIRMS the original sentence but directs the Clerk of Court to enter an Amended Judgment imposing the same terms as the original Judgment in order to allow the time for appeal to begin again.

IT IS SO ORDERED this 10th day of September, 2014.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE