IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           No. 2:12-CR-20010

ROGER BATES                                                           DEFENDANT

**ORDER**

The Court has received a report and recommendation (Doc. 86) from United States Magistrate Judge Mark E. Ford. The Defendant has filed objections. The Magistrate finds the Court lacks subject matter jurisdiction over this second or successive § 2255 motion to vacate filed without a certificate from the Eighth Circuit authorizing this Court to hear the motion. The Magistrate recommends denial of Defendant's motion to vacate.

The Court has conducted de novo review of those portions of the report and recommendation to which Defendant has objected. 28 U.S.C. § 636(b)(1). Defendant's objections offer neither law nor fact requiring departure from the Magistrate's findings. However, because the Court lacks subject matter jurisdiction, the Court will not adopt the recommendation that the petition be dismissed with prejudice.[1] *See County of Mille Lacs v. Benjamin*, 361 F.3d 460, 464–65 (8th Cir. 2004) ("Because the district court dismissed solely on jurisdictional grounds, dismissal with prejudice is premature."). The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED.

---

[1] The Court notes that this issue is of the Court's own making. The motion to vacate is filed in Defendant's criminal case, which has already been resolved by final judgment, and so cannot be dismissed. When a motion to vacate is filed, the Clerk's office opens an associated civil case for docket management purposes and administrative uniformity with § 2254 habeas petitions, styling the defendant as a plaintiff. While the instant order only technically denies a motion, to the extent any new case existed based on the Clerk's administrative handling of the motion to vacate, it is that case that is dismissed without prejudice.

1

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 72) is DENIED and his petition is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of SEPTEMBER, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE