UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                             PLAINTIFF

v.                                            No. 2:12-CR-20010

ROGER BATES                                                                           DEFENDANT

## OPINION AND ORDER

Before the Court is Defendant Roger Bates's second motion (Doc. 149) for compassionate release pursuant to 18 U.S.C. § 3582(c). The Government filed no response. Defendant previously filed his first motion (Doc. 130) for compassionate release pursuant to § 3582(c) on May 14, 2021, which was denied on June 29, 2021 (Doc. 135).

Because this is Defendant's second motion for a § 3582(c) sentence reduction, and because Defendant cites identical reasons for a sentence reduction in this motion (that he is 66-years-old, he has served 10 years in prison, and the presence of COVID-19 in the federal prison system), the Court will construe Defendant's motion (Doc. 149) as a motion for reconsideration, the timeliness of which is governed by Federal Rule of Appellate Procedure 4(b). *See United States v. Mofle*, 989 F.3d 646, 648 (8th Cir. 2021) (holding that a second motion for a § 3582(c) sentence reduction based on the same grounds addressed by previous court order should be treated as a motion for reconsideration subject to Rule 4(b)'s timeliness requirements).

Under Rule 4(b), a defendant must file a motion for reconsideration within 14 days of denial of his previous motion, though the court may extend this time period by an additional 30 days. Here, 174 days elapsed between the Court's order denying Defendant's motion to modify sentence and his motion for reconsideration. As such, Defendant's motion is untimely.

In addition, a consideration of the factors found in 18 U.S.C. § 3553(a) do not support

compassionate release. Defendant pled guilty to committing hands-on sexual offenses against minors. The presentence investigation report indicates that Defendant committed the offenses while the minors in question were in his care and control. Defendant produced and maintained photographs of the offenses. The Court finds that Defendant's time served to date is not significant enough to reflect the seriousness of his misconduct, promote respect for the law, or provide just punishment for the offenses. The Court also finds the length of Defendant's sentence is necessary to protect the public from further crimes of the defendant.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 149) will be DENIED.

IT IS SO ORDERED this 7th day of February, 2022.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE